UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN A. PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF LYNCH,<br><br>    Defendant. | No.  2:23-cv-00536-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. No. 12) |

Plaintiff Melvin A. Parker is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 26, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action.  (Doc. No. 12.)  In particular, on February 23, 2024, the magistrate judge screened plaintiff's complaint, determined that plaintiff had failed to state a cognizable claim for relief, and gave plaintiff sixty (60) days from the date of service of that order to file a first amended complaint.  (Doc. No. 9.)  The court served the screening order on plaintiff by mail on February 23, 2024.  To date, plaintiff has not filed an amended complaint or otherwise communicated with the court.  Accordingly, the pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within

fourteen (14) days after service. (Doc. No. 12 at 1.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 26, 2024 (Doc. No. 12) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 4, 2024**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE